IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 7 CASE |
| ) | |
| JAMES AND RACHEL BENECKE ) | CASE NO. 05-46213 |
| ) | |
| Debtor(s) ) | Hon. JOHN SQUIRES |
| ) | BANKRUPTCY JUDGE |
| ) | |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE JOHN SQUIRES
BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 7th day of October, 2005. Brenda Porter Helms was appointed Trustee on December 2, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate: there are no matters pending or undetermined; claims have been reviewed: and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of September 27, 2007 is as follows:

a. RECEIPTS (See Exhibit C) $ 90,372.75
b. DISBURSEMENTS (See Exhibit C) $ 17,014.01

|   |   |   |   |
|---|---|---|---|
| c. | | NET CASH available for distribution | $ 73,358.74 |
| d. | | ADMINISTRATIVE EXPENSES: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $7,768.64 |
| | 2. | Trustee Expenses (See Exhibit E) | $146.17 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $0.00 |

5.  The Bar Date for filing unsecured claims expired on April 12, 2006.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $7,914.81 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $68,463.90 |
| e. | Allowed unsecured claims | $86,491.84 |
| f. | Other: Late claims | $49,699.17 |

7.  Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.  Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (See Exhibit G).

9.  A fee of $1,500.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C.

§§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED: |
| DATE: __9/27/07_____ | /s/ Brenda Porter Helms_____ |
|  | Trustee |
|  | 3400 W. Lawrence Avenue |
|  | Chicago, IL  60625 |

## TASKS PERFORMED BY TRUSEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtors and conducted the first meeting of creditors (.8 hours). The Trustee had five telephone conversations with the debtors concerning the titles of the vehicles to be auctioned (.7 hours). The Trustee went to the premises of Pros Landscape (1.2 hours).

The Trustee drafted an affidavit for Donald Dodge to sign and drafted a motion to employ Donald Dodge and American Auction Associates as liquidator for the landscaping equipment and appeared in Court on same (1.1 hours). The Trustee also drafted, addressed and mailed a one page notice to all creditors of the debtor notifying them of the sale (2.2 hours). The Trustee worked with the liquidator to obtain new titles for some of the vehicles which were sold and which did not have titles (1 hour). After the auction, the Trustee received and reviewed the Report of Sale (.5 hours) and obtained court approval to pay auction related expenses (1.3 hours).

The Trustee issued a bar date notice to creditors and reviewed the claim filed (2 hours). The Trustee received a telephone call from the debtors regarding the IRS claim and contacted the IRS on two separate occasions regarding same (.9 hours).

The Trustee negotiated with counsel for Old Second National Bank regarding the bank's motion to modify automatic stay (2 hours). The Trustee also had 3 telephone conversations with bank personnel regarding the withdrawal of duplicate claims.

The debtor's landlord requested, as a condition to conducting the auction on site, that the Trustee pay rent and utilities for the period of time prior to the auction. The Trustee negotiated the terms of this agreement with the landlord (.4 hours). The Trustee drafted a motion and obtained court authority to pay said amounts (1.2 hours)

The Trustee has reviewed and reconciled the monthly bank statements and included this case in her annual report to the Office of U.S. Trustee (4.6 hours). The Trustee has prepared the final report in this case (3 hours).

The Trustee anticipates that she will scan and file the final report after responding to any issues raised by U.S. Trustee. She will draft the notice of final hearing and appear at that hearing. The Trustee will then close the interest bearing bank account and open a new checking account, prepare a final distribution report and file same with the Court after review by the U.S. Trustee. The Trustee will then prepare and mail the distribution checks, monitor the bank account, deposit any unclaimed funds with the Clerk of the Court and prepare and file the Final Account. It is anticipated the Trustee will expend at least 6 hours in future time.

Total time and anticipated time: 28.9 hours @$325 = $9,392.50



Exhibit A

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                                      Amount Abandoned

    See attached Individual Estate Property Record

    Property abandoned or to be abandoned:
| | |
|---|---|
| Real estate -  liens and exemptions exceed value of | $267,000.00 |
| Cash on hand -  debtors claimed exempt | $25.00 |
| Bank account -  debtors claimed exempt | $1,000.00 |
| Household goods -  debtors claimed exempt | $1,500.00 |
| Bank account -  debtors claimed exempt | $233.00 |
| Wearing apparel & jewelry- debtors claimed exempt | $750.00 |
| Life insurance policies (2)  -  debtors claimed exempt | $9,585.25 |
| Pension & profit sharing plans -  debtors claimed exempt | $65,000.00 |
| Pros Landscape stock -  no resale value | $0.00 |
| 2002 Chevy Tahoe -  liens & exemptions exceed value of | $19,500.00 |
| 2000 Pontiac -  liens exceed value of | $7,500.00 |
| 2001 Chevy C2500 -  liens exceed value of | $11,900.00 |
| Two dogs -  no resale value | $0.00 |

    TOTAL AMOUNT ABANDONED:                                       $388,993.25

Unscheduled Property

    Bank account of $7,920.11
    Post petition interest of $1,144.96
    Account receivable in amount of $2,802.68

| | |
|---|---|
| TOTAL RECEIPTS | $90,372.75 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $388,993.25 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $369,593.25 |

## EXHIBIT B

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | |
|---|---|
| Case No: 05-46213   SQU   Judge: JOHN SQUIRES | Trustee Name:  BRENDA PORTER HELMS, TRUSTEE |
| Case Name: Benecke, James | Date Filed (f) or Converted (c): 10/07/05 (f) |
| Benecke, Rachel | 341(a) Meeting Date: 01/03/06 |
| For Period Ending: 09/27/07 | Claims Bar Date: 04/12/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS (u) | 0.00 | 0.00 | | 7,920.11 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. REAL PROPERTY | 267,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. CASH ON HAND | 25.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. BANK ACCOUNTS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. BANK ACCOUNTS | 233.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. WEARING APPAREL AND JEWELRY | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. LIFE INSURANCE POLICIES (2) | 9,585.25 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. PENSION PLANS AND PROFIT SHARING | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. PENSION PLANS AND PROFIT SHARING | 65,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. PROS LANDSCAPE STOCK | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2002 CHEVY TAHOE LS | 19,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. 2000 PONTIAC GRAND PRIX GTP | 7,500.00 | 10,972.36 | DA | 0.00 | FA |
| 14. VEHICLES OF PROS LANDSCAPE | 31,644.38 | 9,673.00 | | 78,505.00 | FA |
| 15. 2001 CHEVY C2500 | 11,900.00 | 0.00 | DA | 0.00 | FA |
| 16. 2 DOGS | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,144.96 | Unknown |
| 18. ACCOUNTS RECEIVABLE (u) | Unknown | Unknown | | 2,802.68 | FA |
| | | | | | Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $420,637.63 | $20,645.36 | | $90,372.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report submitted to UST on 9/27/07

Initial Projected Date of Final Report (TFR): 12/30/07     Current Projected Date of Final Report (TFR): 12/30/07

/s/   BRENDA PORTER HELMS, TRUSTEE
_____ Date: 08/04/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1.                                                                                                                                        Ver 14.03b

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-46213 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Benecke, James | | Bank Name: | BANK OF AMERICA, N.A. |
| | Benecke, Rachel | | Account Number / CD #: | *******1804 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8854 | | | |
| For Period Ending: | 09/27/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/06 | 1 | Pros Landscape Maintenance Ltd<br>P.O. Box 6003<br>Naperville IL 60567 | turnover of bank account | 1129-000 | 4,744.79 | | 4,744.79 |
| 01/31/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.63 | | 4,746.42 |
| 02/08/06 | 14 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview IL 60455 | | 1129-000 | 78,505.00 | | 83,251.42 |
| 02/08/06 | 1 | Pro's Landscape Maintenance Ltd | | 1129-000 | 3,175.32 | | 86,426.74 |
| 02/09/06 | 000101 | GMAC<br>5700 Crooks Road<br>Suite 115<br>Troy MI 48098 | lien payoff | 4210-000 | | 8,565.61 | 77,861.13 |
| 02/11/06 | 000102 | Secretary of State<br>Vehicle Services Department<br>501 S. SEcond Street<br>Springfield IL 62756 | duplicate title | 2990-000 | | 65.00 | 77,796.13 |
| 02/11/06 | 000103 | Secretary of State<br>Vehicle Services Department<br>501 S. Second Street<br>Springfield IL 62756 | duplicate title | 2990-000 | | 65.00 | 77,731.13 |
| 02/11/06 | 000104 | Secretary of State<br>Vehicle Services Department<br>501 S. Second St<br>Springfield IL 62756 | duplicate title | 2990-000 | | 65.00 | 77,666.13 |
| * 02/11/06 | 000105 | Secretary of State<br>Vehicles Services Department<br>501 S. Second St<br>Springfield IL 62756 | duplicate title | 2990-003 | | 65.00 | 77,601.13 |
| * 02/11/06 | 000105 | Secretary of State<br>Vehicles Services Department<br>501 S. Second St<br>Springfield IL 62756 | duplicate title<br>check not needed | 2990-003 | | -65.00 | 77,666.13 |
| 02/22/06 | 18 | Fox Valley Publications Inc.<br>3101 Rt. 30<br>Plainfield IL 60544 | account receivable | 1221-000 | 187.68 | | 77,853.81 |
| 02/22/06 | 18 | CCTF 500, LLC<br>500 E. Ogden Ave. #204<br>Naperville IL 60563 | account receivable | 1221-000 | 210.00 | | 78,063.81 |
| 02/28/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 35.32 | | 78,099.13 |
| 03/15/06 | 000106 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 56.41 | 78,042.72 |
| 03/16/06 | 18 | Burnham Point Homeowner's Assn<br>P.O. Box 9356<br>Naperville IL 60567 | account receivable | 1221-000 | 795.00 | | 78,837.72 |
| 03/22/06 | 000107 | Craig Chidester<br>9017 S. Normantown Unit A<br>Naperville IL 60564 | rent and utilities | 2410-000 | | 2,016.78 | 76,820.94 |

PFORM24    Ver 12.60a

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No | 05-46213 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Benecke, James | | Bank Name: | BANK OF AMERICA, N.A. |
| | Benecke, Rachel | | Account Number / CD #: | *******1804 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8854 | | | |
| For Period Ending: | 09/27/07 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 66.69 | | 76,387.63 |
| 04/28/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.29 | | 76,950.92 |
| 05/06/06 | 18 | Joseph N. Costello Jr | account receivable | 1221-000 | 650.00 | | 77,600.92 |
| 05/06/06 | 000108 | American Auction Associates Inc. | auction expenses | 3620-000 | | 5,376.66 | 72,224.26 |
| 05/11/06 | 18 | Micon Construction 6301 S. Cass Suite 300 Westmont IL 60559 | account receivable | 1221-000 | 960.00 | | 73,184.26 |
| 05/31/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.29 | | 73,247.55 |
| 06/30/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 60.22 | | 73,307.77 |
| 07/31/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 62.26 | | 73,370.03 |
| 08/08/06 | 000109 | Coffey & Associates P.C. 2111 Plum Street STe 321 Aurora IL 60506 | accountants fees | 3410-000 | | 725.00 | 72,645.03 |
| 08/31/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 62.23 | | 72,707.26 |
| 09/29/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 59.76 | | 72,767.02 |
| 10/31/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.80 | | 72,828.82 |
| 11/30/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 59.86 | | 72,888.68 |
| 12/29/06 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.90 | | 72,950.58 |
| 01/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.96 | | 73,012.54 |
| 02/27/07 | 000110 | International Sureties, Ltd | bond premium | 2300-000 | | 78.55 | 72,933.99 |
| 02/28/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 56.01 | | 72,990.00 |
| 03/30/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 62.00 | | 73,052.00 |
| 04/30/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 60.05 | | 73,112.05 |
| 05/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 62.10 | | 73,174.15 |
| 06/29/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 60.14 | | 73,234.29 |
| 07/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 62.20 | | 73,296.49 |
| 08/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 62.25 | | 73,358.74 |

Total Of All Accounts 73,358.74

PFORM24

Ver: 12.60a

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JAMES BENECKE<br>RACHEL BENECKE | CASE NO. 05-46213 |
| Debtor(s). | HON. JOHN SQUIRES |

## PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,914.81 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $65,443.93 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $73,358.74 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,914.81 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $7,768.64 | $7,768.64 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $146.17 | $146.17 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 68,463.90 | 95.59 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 15 | Dept Of Treasury Claims of Governmental Units--507 | $52,200.41 | $49,897.83 |
| 16 | Illinois Dept Of Revenue Claims of Governmental Units--507 | $408.00 | $390.00 |
| 14 | State Of Illinois Dept Employment Claims of Governmental Units-507 | $15,855.49 | $15,156.10 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 86,491.84 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Chase Bank USA General Unsecured 726 | $16,815.90 | $0.00 |
| 10 | Citibank USA General Unsecured 726 | $1,891.66 | $0.00 |

| | | | |
|---|---|---|---|
| 2 | Citrbank USA<br>General Unsecured 726 | $8,075.86 | $0.00 |
| 12 | Citibank South Dakota<br>General Unsecured 726 | $21,892.46 | $0.00 |
| 15A | Department Of Treasury<br>General Unsecured 726 | $6,094.65 | $0.00 |
| 1 | Ec Rizzi & Assoc<br>General Unsecured 726 | $2,484.50 | $0.00 |
| 9 | Ecast Settlement Corp Assignee Of<br>General Unsecured 726 | $11,564.95 | $0.00 |
| 3 | Wagner Farms Nursery<br>General Unsecured 726 | $3,923.85 | $0.00 |
| 4 | Old Second National Bank<br>General Unsecured 726 | $3,091.52 | $0.00 |
| 7 | Sheffield Financial Corp<br>General Unsecured 726 | $1,126.22 | $0.00 |
| 8 | Sheffield Financial Corp<br>General Unsecured 726 | $9,420.27 | $0.00 |
| 14A` | State Of Illinois Dept Employment<br>Security<br>General Unsecured 726 | $110.00 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 49,699.17 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 13 | MBNA America Bank<br>Tardy General Unsecured 726 | $49,699.17 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 5 | Old Second National Bank, Rte 47 @ Cross St., Sugar Grove IL 60554 | $3,091.52 | Withdrawn |
| Unsecured | 6 | Old Second National Bank, Rte 47 @ Cross St., Sugar Grove IL 60554 | $3,091.52 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____       _____