IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 46213 |
| JAMES AND RACHEL BENECKE | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    AT: COURTROOM 4016
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL 60187

    ON: **October 17, 2008**            AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                              $90,372.75

    DISBURSEMENTS                                         $17,014.01

    NET CASH AVAILABLE FOR DISTRIBUTION  $73,358.74

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $7,768.64 | $146.17 |

5.  Internal Revenue Service filed a claim in the amount of $52,200.41 and will receive a distribution of $49,897.83.  Illinois Dept of Revenue filed a claim in the amount of $408.00 and will receive a distribution of $390.00.  Illinois Department of Employment Security filed a claim in the amount of $15,855.49 and will receive a distribution of $15,156.10.  This is a 95.59% distribution to priority creditors.

5.   General unsecured creditors filed the following claims totaling $86,491.84, but will receive  no distribution on their claims:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Chase Bank | $16,815.90 | $0.00 |
| Citibank | $1,891.66 | $0.00 |
| Citibank | $8,075.86 | $0.00 |
| Citibank | $21,892.46 | $0.00 |
| Dept of Treasury | $6,094.65 | $0.00 |
| EcRizzi & Assoc | $2,484.50 | $0.00 |
| Ecast Settlement | $11,564.95 | $0.00 |
| Wagner Farms | $3,923.85 | $0.00 |
| Old Second Nat. Bank | $3,091.52 | $0.00 |
| Sheffield Financial | $1,126.22 | $0.00 |
| Sheffield Financial | $9,420.27 | $0.00 |
| State of IL Unemp | $110.00 | $0.00 |

9.  MBNA America filed a late claim of $49,699.17 but will receive no distribution on their claim.

10.  All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtors received a discharge.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $267,000.00 |
| Cash | $25.00 |
| Bank Accounts | $1,000.00 |
| Household Goods | $1,500.00 |
| Bank Accounts | $233.00 |
| Wearing Apparel | $750.00 |
| Life Insurance | $9,585.25 |
| Pension Plans | $5,000.00 |
| Pension Plans | $65,000.00 |
| Pro Landscape Stock | $-0- |
| 2002 Chevy Tahoe | $19,500.00 |
| 2000 Pontiac Grand Prix | $7,500.00 |
| 2001 Chevy C2500 | $11,900.00 |
| Dogs | $-0- |

For the Court:

Dated: **September 11, 2008**          **KENNETH S. GARDNER**
                                        Kenneth S. Gardner, Clerk
                                        United States Bankruptcy Court

Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427