IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 46213 |
| JAMES AND RACHEL BENECKE | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: COURTROOM 4016
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL 60187

    ON: **October 17, 2008**           AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                              $90,372.75

    DISBURSEMENTS                                         $17,014.01

    NET CASH AVAILABLE FOR DISTRIBUTION   $73,358.74

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $7,768.64 | $146.17 |

5.  Internal Revenue Service filed a claim in the amount of $52,200.41 and will receive a distribution of $49,897.83.  Illinois Dept of Revenue filed a claim in the amount of $408.00 and will receive a distribution of $390.00.  Illinois Department of Employment Security filed a claim in the amount of $15,855.49 and will receive a distribution of $15,156.10.  This is a 95.59% distribution to priority creditors.

5.  General unsecured creditors filed the following claims totaling $86,491.84, but will receive no distribution on their claims:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Chase Bank | $16,815.90 | $0.00 |
| Citibank | $1,891.66 | $0.00 |
| Citibank | $8,075.86 | $0.00 |
| Citibank | $21,892.46 | $0.00 |
| Dept of Treasury | $6,094.65 | $0.00 |
| EcRizzi & Assoc | $2,484.50 | $0.00 |
| Ecast Settlement | $11,564.95 | $0.00 |
| Wagner Farms | $3,923.85 | $0.00 |
| Old Second Nat. Bank | $3,091.52 | $0.00 |
| Sheffield Financial | $1,126.22 | $0.00 |
| Sheffield Financial | $9,420.27 | $0.00 |
| State of IL Unemp | $110.00 | $0.00 |

9. MBNA America filed a late claim of $49,699.17 but will receive no distribution on their claim.

10. All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtors received a discharge.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $267,000.00 |
| Cash | $25.00 |
| Bank Accounts | $1,000.00 |
| Household Goods | $1,500.00 |
| Bank Accounts | $233.00 |
| Wearing Apparel | $750.00 |
| Life Insurance | $9,585.25 |
| Pension Plans | $5,000.00 |
| Pension Plans | $65,000.00 |
| Pro Landscape Stock | $-0- |
| 2002 Chevy Tahoe | $19,500.00 |
| 2000 Pontiac Grand Prix | $7,500.00 |
| 2001 Chevy C2500 | $11,900.00 |
| Dogs | $-0- |

For the Court:

Dated: **September 11, 2008**    **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2              Date Rcvd: Sep 11, 2008
Case: 05-46213                 Form ID: pdf002              Total Served: 52


The following entities were served by first class mail on Sep 13, 2008.
db           +James S. Benecke,    3550 Gatewood Lane,    Aurora, IL 60504-3132
jdb          +Rachel Marie Benecke,    3550 Gatewood Lane,    Aurora, IL 60504-3132
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
10036086      ABN AMRO,    8201 Innovation Way,    Worth, IL 60482
10036087     +ABN AMRO Mtg Group,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
10036088     +American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    PO BOx 3001,
               Malven PA 19355-0701
10036089     +Anderson Landscape Supply,    31W504 Diehl Road,    Naperville, IL 60563-9628
10036090     +Arthur Cleason, Inc.,    543 Diens Dr.,    Wheeling, IL 60090-2642
10036091     +Banco Popular,    120 Broadway Fl 16,    New York, NY 10271-0025
10036092     +Banco Popular,    9600 W. Bryn Mawr,    Des Plaines, IL 60018-5221
10036093     +Bp Oil/Citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
10036094     +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10036097     +Chase,    PO box 15153,    Wilmington, DE 19886-5153
10036095     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10678131     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10036098     +Citgo Oil/Citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
10688841      Citibank (South Dakota) NA,    Citibank/Choice,    Exception Payment Processing,    P O Box 6305,
               The Lakes, NV 88901-6305
10036099   +++Citibank USA NA,    P O Box 182149,    Columbus, OH 43218-2149
10036101     +EC Rizzi & Assoc.,    31W310 Schoger Dr.,    Naperville, IL 60564-5656
10036102     +Edward Hospital,    PO Box 4207,    Carol Stream, IL 60197-4207
10036103    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Fifth Third Center,    38 Fountain Sq.,
               Cincinnati, OH 45263)
10036104     +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
10036105     +GM Card,    PO Box 37281,    Baltimore, MD 21297-3281
10036106     +Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029
10036107      Hsbc Nv,    Pob 98706,    Las Vegas, NV 89193
10036108    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 W. Randolph Street,    Chicago, IL 60602)
10036109    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11684361     +Illinois Deparment of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-425,
               Chicago, Illinois 60601-3218
10036116     +Kaknes Landscape Supply,    31W545 Diehl Rd.,    Naperville, IL 60563-1077
10036117     +Kohls,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10036118     +LaSalle Bank NA,    135 S. LaSalle St., Dept. 8144,    Chicago, IL 60674-0001
10036119     +Lasalle National N A,    3985 N Milwaukee Ave,    Chicago, IL 60641-2704
10036120     +Lenz Disposal,    PO Box 5188,    Naperville, IL 60567-5188
10036121     +Lesco Inc.,    PO box 931341,    Cleveland, OH 44193-1525
10036124   +++MBNA America Bank NA,    PO Box 15168,    Wilmington, DE 19850-5168
10036122     +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
10036125      Midway Truck Parts Inc.,    7400 W. 8th St.,    Bridgeview, IL 60455
10036126     +Old Second National Ba,    37 S River St,    Aurora, IL 60506-4172
11541949     +Old Second National Bank,    37 S River St,    Aurora IL 60506-4172
10587641      Old Second National Bank,    Rte 47 @ Cross St,    Sugar Grove, IL 60554
10036127     +Pomps Tire Service Inc.,    PO Bxo 1630,    Green Bay, WI 54305-1630
10036128     +RH Donnelley,    PO Box 807008,    Kansas City, MO 64180-7008
10036129     +Sears,    PO Box 182156,    Columbus, OH 43218-2156
10036130     +Sheffield Financial Corp.,    PO Box 890012,    Charlotte, NC 28289-0012
10036132     +Sherwin Nurseries, Inc.,    PO Box 857,    Addison, IL 60101-0857
10840355     +State of IL Department of Employment Security,    33 S State St,    Chicago, IL 60603-2802
10036133     +Steve Piper & Sons Inc.,    31 W 330 Ramm Dr.,    Naperville, IL 60564
10036134      Wagner Farms Nursery,    9937 S. Rt. 59,    Naperville, IL 60564
10627457      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Sep 12, 2008.
10036100      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:37      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
10036115     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2008 04:49:24      Jc Penney,   P.O. Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 2


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10036096*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10036110*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10036111*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 11, 2008
Case: 05-46213                Form ID: pdf002          Total Served: 52

              ***** BYPASSED RECIPIENTS (continued) *****
10036112*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:   Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10036113*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:   Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10036114*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:   Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10036123*      +Marshall Fields,   111 Boulder Industrial D,   Bridgeton, MO 63044-1241
10587642*       Old Second National Bank,   Rte 47 @ Cross St,   Sugar Grove, IL 60554
10036131*      +Sheffield Financial Corp.,   PO Box 890012,   Charlotte, NC 28289-0012
                                                                                     TOTALS: 0, * 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2008**                    **Signature:**    *Joseph Speetjens*