JOHN SQUIRES

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| Benecke, James | § | Case No. 05-46213 SQU |
| Benecke, Rachel | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 388,993.25 | Assets Exempt: 100,493.25 |
| Total Distributions to Claimants: 74,224.64 | Claims Discharged Without Payment: 216,408.21 |
| Total Expenses of Administration: 16,445.23 | |

3) Total gross receipts of $ 90,669.87 (see Exhibit 1), minus funds paid to the debtor and third parties of $ 0.00 (see Exhibit 2), yielded net receipts of $ 90,669.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 299,402.78 | $ 8,565.61 | $ 8,565.61 | $ 8,565.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 16,445.23 | 16,445.23 | 16,445.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 44,123.04 | 68,463.90 | 68,463.90 | 65,659.03 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 218,944.45 | 136,191.01 | 136,191.01 | 0.00 |
| TOTAL DISBURSEMENTS | $ 562,470.27 | $ 229,665.75 | $ 229,665.75 | $ 90,669.87 |

4) This case was originally filed under chapter 7 on 10/07/2005. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2010     By:/s/BRENDA PORTER HELMS, TRUSTEE
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 7,920.11 |
| VEHICLES OF PROS LANDSCAPE | 1129-000 | 78,505.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | 2,802.68 |
| Post-Petition Interest Deposits | 1270-000 | 1,442.08 |
| TOTAL GROSS RECEIPTS | | $90,669.87 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ABN AMRO | | 138,191.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Banco Popular | | 10,972.36 | NA | NA | 0.00 |
| Fifth Third Bank | | 15,377.00 | NA | NA | 0.00 |
| GMAC | | 9,673.00 | NA | NA | 0.00 |
| LaSalle National Bank | | 82,935.00 | NA | NA | 0.00 |
| Old Second National Bank | | 31,644.38 | NA | NA | 0.00 |
| Sheffield Financial Corp. | | 9,386.39 | NA | NA | 0.00 |
| Sheffield Financial Corp. | | 1,223.65 | NA | NA | 0.00 |
| GMAC | 4210-000 | NA | 8,565.61 | 8,565.61 | 8,565.61 |
| TOTAL SECURED CLAIMS | | $ 299,402.78 | $ 8,565.61 | $ 8,565.61 | $ 8,565.61 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 7,768.64 | 7,768.64 | 7,768.64 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 146.17 | 146.17 | 146.17 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 82.02 | 82.02 | 82.02 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 78.55 | 78.55 | 78.55 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 56.41 | 56.41 | 56.41 |
| CHIDESTER, CRAIG | 2410-000 | NA | 2,016.78 | 2,016.78 | 2,016.78 |
| SECRETARY OF STATE | 2990-000 | NA | 65.00 | 65.00 | 65.00 |
| SECRETARY OF STATE | 2990-000 | NA | 65.00 | 65.00 | 65.00 |
| SECRETARY OF STATE | 2990-000 | NA | 65.00 | 65.00 | 65.00 |
| COFFEY & ASSOCIATES P.C. | 3410-000 | NA | 725.00 | 725.00 | 725.00 |
| AMERICAN AUCTION ASSOCIATES INC. | 3620-000 | NA | 5,376.66 | 5,376.66 | 5,376.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,445.23 | $ 16,445.23 | $ 16,445.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009) (Page: 6)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | | 3,880.51 | NA | NA | 0.00 |
| Internal Revenue Service | | 215.99 | NA | NA | 0.00 |
| Internal Revenue Service | | 15,280.83 | NA | NA | 0.00 |
| DEPT OF TREASURY | 5800-000 | 22,685.33 | 52,200.41 | 52,200.41 | 50,061.83 |
| ILLINOIS DEPT OF REVENUE | 5800-000 | 1,030.19 | 408.00 | 408.00 | 391.29 |
| STATE OF ILLINOIS DEPT EMPLOYMENT | 5800-000 | 1,030.19 | 15,855.49 | 15,855.49 | 15,205.91 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 44,123.04 | $ 68,463.90 | $ 68,463.90 | $ 65,659.03 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMEX | | 5.00 | NA | NA | 0.00 |
| Anderson Landscape Supply | | 7,573.83 | NA | NA | 0.00 |
| Arthur Gleason, Inc. | | 3,000.00 | NA | NA | 0.00 |
| BP Oil/Citibank | | 2,026.00 | NA | NA | 0.00 |
| Chusasears | | 1,924.00 | NA | NA | 0.00 |
| Citgo Oil/Citibank | | 880.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Edward Hospital | | 363.00 | NA | NA | 0.00 |
| HSBC NV | | 10,992.00 | NA | NA | 0.00 |
| Home Depot | | 8,378.16 | NA | NA | 0.00 |
| JC Penney | | 104.00 | NA | NA | 0.00 |
| Kaknes Landscape Supply | | 1,246.14 | NA | NA | 0.00 |
| Kohls | | 0.00 | NA | NA | 0.00 |
| Lenz Disposal | | 1,440.00 | NA | NA | 0.00 |
| Lesco Inc. | | 3,684.32 | NA | NA | 0.00 |
| Marshall Fields | | 0.00 | NA | NA | 0.00 |
| Marshall Fields | | 0.00 | NA | NA | 0.00 |
| Midway Truck Parts, Inc. | | 2,096.59 | NA | NA | 0.00 |
| Pomps Tire Service, Inc. | | 410.90 | NA | NA | 0.00 |
| RH Donnelley | | 776.42 | NA | NA | 0.00 |
| Sears | | 1,925.00 | NA | NA | 0.00 |
| Sherwin Nurseries, Inc. | | 10,632.14 | NA | NA | 0.00 |
| Steve Piper & Sons., Inc. | | 577.50 | NA | NA | 0.00 |
| CHASE BANK USA | 7100-000 | 18,130.00 | 16,815.90 | 16,815.90 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITIBANK USA | 7100-000 | 1,924.00 | 1,891.66 | 1,891.66 | 0.00 |
| CITRBANK USA | 7100-000 | 8,378.16 | 8,075.86 | 8,075.86 | 0.00 |
| DAKOTA, CITIBANK SOUTH | 7100-000 | 22,892.00 | 21,892.46 | 21,892.46 | 0.00 |
| DEPARTMENT OF TREASURY | 7100-000 | NA | 6,094.65 | 6,094.65 | 0.00 |
| EC RIZZI & ASSOC | 7100-000 | 2,584.50 | 2,484.50 | 2,484.50 | 0.00 |
| ECAST SETTLEMENT CORP ASSIGNEE OF | 7100-000 | 10,992.00 | 11,564.95 | 11,564.95 | 0.00 |
| NURSERY, WAGNER FARMS | 7100-000 | 3,585.34 | 3,923.85 | 3,923.85 | 0.00 |
| OLD SECOND NATIONAL BANK | 7100-000 | 31,644.38 | 3,091.52 | 3,091.52 | 0.00 |
| SHEFFIELD FINANCIAL CORP | 7100-000 | 1,223.65 | 1,126.22 | 1,126.22 | 0.00 |
| SHEFFIELD FINANCIAL CORP | 7100-000 | 9,836.39 | 9,420.27 | 9,420.27 | 0.00 |
| STATE OF ILLINOIS DEPT EMPLOYMENT S | 7100-000 | NA | 110.00 | 110.00 | 0.00 |
| MBNA AMERICA BANK | 7200-000 | 49,719.03 | 49,699.17 | 49,699.17 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 218,944.45 | $ 136,191.01 | $ 136,191.01 | $ 0.00 |